# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By staylor at 4:09 pm, Dec 11, 2017

```
VICTOR LUCILO VIVERO-RENTERIA,   *
                                 *
          Petitioner,            *       CV 517-54
                                 *
     v.                          *
                                 *
TRACY JOHNS,                     *
                                 *
          Respondent.            *
```

**O R D E R**

Presently before the Court is the Magistrate Judge's October 26, 2017, Report and Recommendation, dkt. no. 12, to which the parties have not filed any objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Respondent's Motion to Dismiss, dkt. no. 9, and **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. Vivero-Renteria's Motion for Certificate of Appealability and "Motion to Re-Open," dkt. nos. 2 & 3, are **DENIED**. Additionally, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11th day of December, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)